UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARLIN N. GUSMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-5235** |
| **NEW ORLEANS CITY** | **SECTION I** |

### ORDER AND REASONS

The Court has before it a motion[1] filed by Orleans Parish Sheriff Marlin N. Gusman ("the Sheriff") to remand the above-captioned matter to state court. The City of New Orleans ("the City") opposes the motion.[2] The motion to remand raises the same legal issues as the motion to remand filed in *Gusman v. City of New Orleans*, No. 15-5236 (filed Oct. 16, 2015). Accordingly, for the reasons set forth in the order and reasons contemporaneously filed in Case Number 15-5236 granting the motion to remand that matter,

**IT IS ORDERED** that the Sheriff's motion is **GRANTED** and the above-captioned matter is **REMANDED** to the Orleans Parish Civil District Court.

New Orleans, Louisiana, December 8, 2015.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 8.
[2] R. Doc. No. 14.

1